No. 89–907.   COUNTY OF LOS ANGELES ET AL. *v.* CABRALES. C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 89–948.   BAILEY ET AL. *v.* ROBINSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBINSON, ET AL.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 89–1076.   CORONA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 89–1156.   BATH IRON WORKS CORP. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR.   C. A. 1st Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 89–1117.   FIRST NATIONAL BANK OF BELLAIRE *v.* HUFFMAN INDEPENDENT SCHOOL DISTRICT ET AL.   Ct. App. Tex., 14th Dist.   Motion of Texas for leave to intervene granted.   Certiorari denied.